DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS COAHUILAS-PUNTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>LUIS COAHUILAS-PUNTOS, )<br>)<br>*Defendant.* )<br>_____ ) | No. 1:11-cr-0016 AWI-6<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>DATE:   February 21, 2012<br>TIME:    10:00 a.m.<br>JUDGE:  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record that the status conference hearing in the above captioned matter scheduled for February 6, 2012 at 10:00 a.m., may be continued to **February 21, 2012 at 10:00 a.m.**

Counsel for Mr. Coahuilas-Puntos seeks this stipulation because he is new to the case and needs time to review discovery and meet with his client.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: February 2, 2012      By:    /s/ Henry Carbajal
                                    HENRY CARBAJAL
                                    Assistant United States Attorney
                                    Counsel for Plaintiff



                                    DANIEL J. BRODERICK
                                    Federal Public Defender

DATED:  February 2, 2012     By:    /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
```

**O R D E R**

IT IS SO ORDERED.

Dated:   February 2, 2012

                                              CHIEF UNITED STATES DISTRICT JUDGE

Coahuilas-Puntos Stipulation and Order